DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BERTOLDO GARCIA-MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERTOLDO GARCIA-MARQUEZ, )<br>)<br>Defendant. )<br>_____) | No. 1:09-cr-00309 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date : November 9, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 5, 2009, **may be continued to November 9, 2009, at 9:00 a.m.**

     This continuance is requested by counsel for the defendant to allow additional time for defense preparation and to allow time for preparation of a presentence investigation report for use by the parties in plea negotiation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

          McGREGOR W. SCOTT
          United States Attorney

DATED: October 1, 2009          /s/ Ian Garriques
          IAN GARRIQUES
          Assistant United States Attorney
          Attorney for Plaintiff

          DANIEL J. BRODERICK
          Federal Defender

DATED: October 1, 2009          /s/ Marc Days
          MARC DAYS
          Assistant Federal Defender
          Attorney for Defendant
          Bertoldo Garcia-Marquez

### O R D E R

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 2, 2009**          **/s/ Anthony W. Ishii**
          CHIEF UNITED STATES DISTRICT JUDGE